450 A.2d 211

Commonwealth v. Tyler, Appellant.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted February 17, 1982. Richard J. Conn, for appellant; Richard L. McMonigle, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.